IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3181 |
| | ) | |
| v. | ) | |
| | ) | |
| ROSEMARY AVALOS-HERNANDEZ, | ) | ORDER ON MOTION TO EXTEND TIME |
| a/k/a Rosemary Hernandez-Avalos | ) | FOR SELF-SURRENDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. the defendant's Motion to Extend Time for Self-Surrender, filing 44, is granted; and

2. the defendant shall self-surrender for service of the sentence imposed on August 15, 2007, at the institution designated by the Bureau of Prisons before 2:00 p.m. on October 19, 2007, as notified by the United States Marshal.

Dated September 17, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge