IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3181 |
| v. | ) | |
| ROSEMARY HERNANDEZ-AVALOS, | ) | ORDER GRANTING MOTION TO SEAL |
| Defendant. | ) | |

IT IS ORDERED that the Motion to Seal, filing 52, is granted.

Dated March 2, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge